UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PERCY FORREST,
                Plaintiff,

v.
                                     **ORDER**

CAPITAL LOGISTICS, LLC,
                Defendant.
                                     22 CV 5962 (VB)
--------------------------------------------------------------x

       Plaintiff commenced the instant action July 13, 2022. (Doc. #1).

       On July 14, 2022, the Clerk of Court issued a summons as to defendant. (Doc. #6).

       On August 9, 2022, plaintiff docketed proof of service on defendant on August 4, 2022. (Doc. #7). Accordingly, defendant had until August 25, 2022, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

       To date, defendant has neither appeared in this action nor answered, moved, or otherwise responded to the complaint.

       Accordingly, provided that defendant remains in default, plaintiff is ORDERED to seek a certificate of default by **September 14, 2022**, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by **September 28, 2022. If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: August 31, 2022
       White Plains, NY

                                        SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge